IN THE United States District Court
For THE WESTERN DISTRICT Of Pennsylvania

Richard ARRINGTON
Plaintiff
V.

William Shouppe Warden
Ethel White Deputy Warden
Defendants

) Chief United STATES
) Magistrate Judge
) Cynthia Reed Eddy

Civil Action No. 2:21-CV-1020-CRE
2:21-CV-1020

FILED
NOV 02 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## AMENDED Complaint

Now Comes Richard Arrington Plaintiff in the above Civil Action Number, listing Defendants: William Shouppe Warden 6000 Woodlawn BLVD, Aliquippa PA 15001, Ethel White Deputy Warden, 6000 Woodlawn BLVD, Aliquippa PA 15001, Defendants are Employed at the Beaver County Jail (address listed above) Beaver County. Defendants are being Sued in their official capacity for the following United STATES and Pennsylvania Constitutional Violations:

1.) Illegal Detention Of Plaintiff under a Illegal Criminal Complaint that is Not signed, Pursuant to Pa. R. Crim. P. 507 - Approval/DisApproval by the Counsel of the CommonWealth: Unsigned Arrest Warrant Affidavit by Magistrate District Justice Joseph Schafer: 36-3-03.

2.) UnitedSTATES, Pennsylvania Constitutional Violation of the 6th Amendment-Right to Counsel, (Williams v. Alabama 341.F2d 777) Pursuant to Pa.R.Crim.P. 540(A)-Preliminary Arraignment: In the descretion of the issuing Authority, the preliminary arraignment of the defendant may be conducted by using two-way simultaneous audio-visual communication, when counsel for defendant is present, the defendant must be permitted to communicate fully and confidentially with defense counsel immediately prior to and during the preliminary arraignment.

(A.) The issuing authority shall read the complaint to the defendant:
The issuing authority shall also inform the defendant:

(B.) Of the right to secure Counsel of choice and the right to assigned Counsel in accordance with (Rule 122) Appointment of Counsel:
In All Court Cases, for defendants who are without financial resources or who are otherwise unable to employ counsel when there is a likelyhood that imprisonment will be imposed.

3.) United STATES, Pennsylvania Constitutional Violation of 4th and 5th Amendment: Warden Shouppe and Deputy Warden was informed of a Illegal Criminal Complaint, arrest warrant Affidavit, Unsigned by the Common Wealth Counsel and unsigned by M.D.J. Schafer and continued to direct staff to detain Plaintiff and seize Plaintiff by force if need arise.

4.) Right to Rehabilitation Programs as a Pretrial detainee by refusing to allow religous, Drug and Alcohol-(groups/counseling or religous visits by personal pastors); by Not allowing contact in person or by Tablet due to Not enough Tablets on Pod, 30 inmates or more, to 10 Tablets, have to ask inmates for permission to use Tablets that certain Violent inmates claim Tablets by the numbers on the back, Plaintiff has had to pay for usage of Tablets, all issue have been ongoing since June 25th, 2021 when Plaintiff entered Beaver County Jail up unto the present date 10-23-2021

5.) Right to Confidentiality - Inmate had right to Confidentiality getting Covid shots, instead Gaurds and Deputy Warden Ethel White put all inmates in a room together along with guards and

herself watching procedure along with inmates and gaurds when inmates who take the Covid 19 shot is taunted and called crazy, Know one has a right to invade my Medical decision and procedure Warden Shouppe and Deputy Warden refuse to tell which Gaurds tested Positive, When A Pod and B Pod workers in the jail were locked down partially, and still served food, but No information on Positive Covid test, between September 2021 and October 2021. If the Plaintiff doesn't have a right to Confidentiallty as a citizen of United States and Pennsylvania then No citizen should have that right and Hippa Law is deminished and Not effective.

6.) Right to Life - from June 25th 2021 until this date Petitioner has been unable to (October 26th 2021) shower without fear of black Mold, On 25th of October 2021 defendant was seen by Medical department for unknown rash on the back area towards the buttocks, medication- (Hydrocortisone Cream 1%) was ordered by Doctor, the Doctor refused to personally see Petitioner for medical issue for reasons unknown

but sent cream. Petitioner only seen a Nurse at medical when there was a lack of diagnosis and Petitioner was told that "I would see the doctor before just given a cream or medical medicine of any kind. Petitioner has a right to proper care and a right to live in safe sanitary and free of molded showers.

(9) Dealing with Covid and Warden Shouppe and Deputy Warden White they have no desire of protecting Pre-trial detainee's, Inmates or their Staff. Pititioner has Grieved the lack of cleaning the lack of gaurds wearing mask, the lack of following C.D.C. rules by only giving two mask a week to the population here at Beaver County Jail, Warden Claim he follows C.D.C. reccomendations, C.D.C. reccomendation is a diffrent mask daily or twice a day. This is life threatening for some one like myself who is over 50 years old.

7) Pre-trial detainee's Hazardous Confinement –

(9) No emergency call button in cells for medical and life threatening situations



when forced to have a cell mate who has a violent crime, sexual crime and gang ties in the Beaver County Jail.

(b) Pre-trial detainees in cells with federal prisoners with violent and drug cases looking at possible life sentences, Ice inmates, Inmates who have Homicides, many Rapes, just violent inmates locked in a cell or Pod under these conditions being a Non-violent low level Pretrial detainee.

8.) Pre-trial detainee in fear - Due to Lack of Correctional Officer. Petitioner has had to live in a submissive fashion due to understanding if a fight of different gangs or area friends ignite trouble there is only 55 to 62 C.O's on the pay roll and C.O's who are just highered two or three weeks ago train new recruits which is surely safty issues, from the 25th of June 2021 until 26th of October 2021 there has not been 90 C.O'S working for Beaver County Jail which is suppose to be between full time/part time.

9.) Sanitation Violation - recycling Tshirts, boxers (underwear) socks and shoes, on or about the first week of October 2021, Warden Shouppe had the laundry department pass out Orange T"shirts due to ~~cloumit~~ weather, the T"shirts given were old and used, on or about the second week of October 2021 Petitioner asked laundry for New socks and boxers, on a ~~word~~ wensday the exchanged happen, Petitioner recieved old socks and old Boxers. This practice is surely a sanitation violation.

10.) Medical and Mental Health service being denied.
On the 25th of June upto 26th of October Petitioner has Not seen a Mental Health Doctor while at Beaver County Jail, Beaver County Jail refuses to put one Doctor on payroll which violates this Petitioners right to Quality Care as a Mental Health Patient, Petitioner has been denied sleep Medicine when this is a issue of defendants diagnosis. On or about the 14th of October the Petitioner was called to sickcall for a medical issue, the Nurse said

I would see the doctor and that person would evaluate me, I have not seen a doctor for this medical issue, this is two situations that I am being denied treatment.

11.) Violation of Grievence Process- It is almost criminal on how Warden Shouppe and deputy warden white allow the grievence process go unanswered, or if answered (this is not a grievence), is what Capt Turk tells Pre-trial detainees and other inmates about grievences, when answer rules are stated that is not in Beaver County Jail handbook of Regulations and Rules, Petitioner is sending Copies with the Amendment of Complaint.

12.) Unlawful dentention and Violation of Pa. R. Crim. P. (Rule 600) Intentionally by not having a Trial for Petitioner within 180 days, Date filed 6-25-21, Preliminary Hearing on 7-15-2021 Trial date 01-10-2022 which brings Petitioner to 196 days, this is violation of due process United States and Pennsylvania 5th Amendment of the Constitution.

13.) Violation of United States and Pennsylvania Constitution 6th Amendment- Right to

attorney/counsel - Pro se - by Clerk of Courts secretary Judy Raye Enslen used Pa.R.Crim.P (Rule 576) - even after being informed of Public Defender Nathan Bible violated client Attorney priveledge several times.

14. Petitioner is forwarding all documents for evidence in the following order:

| Exhibit | Number |
|---|---|
| Police Criminal Complaint 20210625M2272 | |
| Affidavit of Probable Cause | #1 page 1 of 1 |
| Warrant of Arrest | #1 page 1 of 3 to 3 of 3 |
| Plea Agreement/offer Memo - MJ-36303-CR-0000175-2021 | #2 |
| Information | #3 |
| Judicial Pretrial Conferences | #4 |
| Criminal Docket | #5 page 1 of 6 to 6 of 6 |
| President Judge Mancini respond | #6 |
| Medical Request | #7 date 10-12-2021 |
| Clerk of Courts | #8 date 10/14/2021 |
| Covid 19 Vaccination | #9 date 09/22/2021 |

17 Beaver County Grievance forms #10 07/14/2021 to 10/16/2021, these were partially answered and sent back either (no grievance, unsigned told one grievance every 15 days.)

Petitioner Humbly Submitts this Amended Complaint 10-27-2021.

Humbly Submitted
Richard Arrington