IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ARRINGTON**, | ) |
| Plaintiff, | ) |
| v. | ) 2:21cv1020 |
| | ) **Electronic Filing** |
| **BILL SHOUPPE,** Warden and **ETHEL WHITE** Deputy Warden, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 25th day of July, 2022, upon due consideration of plaintiff's motion for preliminary injunction and [66] the Report and Recommendation of the Magistrate Judge addressing the same, and after *de novo* review of the record, IT IS ORDERED that [40] plaintiff's motion be, and the same hereby is, denied as moot. The Report and Recommendation of June 6, 2022, is adopted as the opinion of the court.

                                                                                            s/David Stewart Cercone
                                                                                            David Stewart Cercone
                                                                                            Senior United States District Judge

cc:    The Honorable Cynthia Reed Eddy,
           United States Magistrate Judge

        Marie N. Pipak, Esquire
        Marie Milie Jones, Esquire
        Michael R. Lettrich, Esquire

        (*Via CM/ECF Electronic Mail*)

        Richard Arrington
        300 Superior Avenue C
        Apartment 118
        Aliquippa, PA 15001

        (*Sent Via First Class Mail*)

(*Via CM/ECF Electronic Mail*)

2